UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>    PLAINTIFF<br><br>v.<br><br>MICHAEL J. HIGGINS;<br>BETTY SUE HIGGINS;<br>MARY AGNES HIGGINS;<br>STATE OF MAINE, MAINE REVENUE SERVICES;<br>MAINE TRIAL LAWYERS ASSOCIATION<br><br>    DEFENDANT(S) | CIVIL ACTION NO: |

**COMPLAINT FOR FORECLOSURE**
(Owner Occupied Property)

NOW COMES Plaintiff, Bank of America, N.A., by and through its attorneys, Korde & Associates, P.C., and complains against the Defendants pursuant to 14 M.R.S. § 6321 et seq. saying further as follows:

**JURISDICTION AND VENUE**

1.  This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

3. Plaintiff, Bank of America, N.A., is a National Association chartered and organized under the laws of the United States of America with a principal place of business located at 100 North Tryon Street, Suite 170, Charlotte, NC 28202.

4. Defendant, Michael J. Higgins, is an individual with a last known address of 41 Clinton Street, Gardiner, ME 04345.

5. Defendant, Betty Sue Higgins, is an individual with a last known address of 41 Clinton Street, Gardiner, ME 04345.

6. Defendant, Mary Agnes Higgins, is an individual with a last known address of 7662 State Highway 28, Richfield Springs, NY 13439.

7. Defendant, State of Maine, Maine Revenue Services, is a state governmental agency with a last known address of 24 State House Station, Augusta, ME 04333-0024.

8. Defendant, Maine Trial Lawyers Association, is a company with a last known address of c/o Steven Prince, 160 Capitol Street, Augusta, ME 04330.

## FACTS

9. Michael J. Higgins, Betty Sue Higgins and Mary Agnes Higgins are the owners of certain real property located at 41 Clinton Street, Gardiner, ME, by virtue of a deed from Robert E. Peacock and Drucilla C. Peacock to Michael J. Higgins, Betty Sue Higgins, James H. Higgins and Mary Agnes Higgins, as joint tenants, dated October 16, 1987, and recorded in the Kennebec County Registry of Deeds on October 19, 1987, in Book 3251, Page 300. Upon information and

belief James H. Higgins died on July 11, 2013, leaving Michael J. Higgins and Betty Sue Higgins and Mary Agnes Higgins as surviving joint tenants.

10. On October 16, 1987, Michael J. Higgins, Betty Sue Higgins, James H. Higgins and Mary Agnes Higgins executed and delivered to Gardiner Savings Institution, FSB a certain promissory note in the original principal amount of $53,950.00 (the "Note"). A copy of the Note is attached to the Lost Note Affidavit attached hereto as Exhibit A.

11. Plaintiff is entitled to enforce the Note, as Gardiner Savings Institution, FSB tendered the original note to Bank of America, N.A., as specified in the Lost Note Affidavit attached hereto and incorporated herein by reference.

12. Plaintiff certifies that the owner of the Note is Bank of America, N.A.

13. To secure the Note, Michael J. Higgins, Betty Sue Higgins, James H. Higgins, and Mary Agnes Higgins granted a mortgage to Gardiner Savings Institution, FSB in the amount of $53,950.00 dated October 16, 1987 and recorded on October 19, 1987 in the Kennebec County Registry of Deeds in Book 3251, Page 302 (the "Mortgage"). The terms of the Note and Mortgage were modified pursuant to a Loan Modification Agreement dated December 30, 2016 with an effective date of September 1, 2016, which was recorded January 5, 2017 in Book 12510, Page 119. The terms of the Note and Mortgage were further modified by a Loan Modification Agreement dated August 3, 2020, and recorded September 16, 2020 in Book 13708, Page 334. A copy of the Mortgage and copies of the Loan Modification Agreements are attached hereto in Exhibit B.

14. The property secured by the Mortgage is known as 41 Clinton Street, Gardiner, ME 04345, and is more particularly described in the Mortgage (the "Premises").

15. The Mortgage was assigned by Assignment from Gardiner Savings Institution, FSB to Fleet Mortgage Corporation dated October 16, 1987, and recorded on October 19, 1987, in Book 3251, Page 308. A copy of the Assignment is attached in Exhibit C.

16. The Mortgage was assigned by Assignment from Fleet Mortgage Corp. to Protected Home Mutual Life Insurance Company dated November 11, 1992, and recorded on November 16, 1992, in Book 4271, Page 318. A copy of the Assignment is attached in Exhibit C.

17. The Mortgage was assigned by Assignment from Protected Home Mutual Life Insurance Company to Fleet Mortgage Corp. dated July 22, 1997, and recorded on August 7, 1997, in Book 5420, Page 140. A copy of the Assignment is attached in Exhibit C.

18. The Mortgage was assigned by Assignment from Fleet Mortgage Corp. to Aurora Loan Services Inc. dated February 2, 1998, and recorded on February 17, 1999, in Book 5870, Page 324. A copy of the Assignment is attached in Exhibit C.

19. The Mortgage was assigned by Assignment from Fleet Mortgage Corp. to Aurora Loan Services, Inc. dated September 17, 2001, and recorded on October 5, 2001, in Book 6650, Page 218. A copy of the Assignment is attached in Exhibit C.

20. A Discharge of Assignment was recorded by Bank of America N.A. intended to discharge the assignment from Fleet Mortgage Corp. to Aurora Loan Services, Inc. previously recorded in Book 6650, Page 218. The Discharge is dated June 22, 2017, and recorded on June 23, 2017, in Book 12637, Page 181. A copy of the Assignment is attached in Exhibit C.

21. The Mortgage was assigned by Assignment from Aurora Loan Services Inc. to Mortgage Electronic Registration Systems, Inc. dated September 17, 2001, and recorded on October 5, 2001, in Book 6650, Page 219. A copy of the Assignment is attached in Exhibit C.

22. The Mortgage was assigned by Assignment from Mortgage Electronic Registration Systems, Inc. to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. dated December 5, 2009, and recorded on December 18, 2009, in Book 10303, Page 41. A copy of the Assignment is attached in Exhibit C.

23. The Mortgage was assigned by Quitclaim Assignment from Aurora Loan Services, LLC, formerly known as Aurora Loan Services, Inc. to Bank of America, N.A. dated October 31, 2017, and recorded on November 2, 2017, in Book 12765, Page 163. A copy of the Assignment is attached in Exhibit C.

24. Bank of America, N.A. is the successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

25. No claim is being made against James H. Higgins or their Estate in this action.

26. Defendant State of Maine, Maine Revenue Services may claim an interest in the Premises by virtue of a lien dated December 28, 2003 in the amount $1,660.18 recorded on December 30, 2003 in Book 7784, Page 226, and extension of that lien dated July 7, 2013 was recorded on July 15, 2013 in Book 11445, Page 172, a further extension dated January 17, 2023 was recorded on January 30, 2023 in Book 14685, Page 314. Maine Revenue Services may claim further interest in the Premises by virtue of a lien dated June 14, 2012 in the amount $13,984.55 recorded on June 18, 2012 in Book 11069, Page 254, and an extension of said lien dated December 19, 2021 was recorded on January 3, 2022 in Book 14307, Page 307. Maine Revenue Services may claim further interest in the Premises by virtue of a lien dated August 6, 2015 in the amount $1,879.26 recorded on August 12, 2015 in Book 12070, Page 149, a lien dated September 28, 2016 in the amount $1,674.51 recorded on October 3, 2016 in Book 12427, Page 109, a lien dated October 17, 2018 in the amount $1,649.86 recorded on October 22, 2018 in Book 13060, Page

241, and a lien dated June 20, 2021 in the amount $2,082.15 recorded on July 2, 2021 in Book 14074, Page 316.

27. Defendant, Maine Trial Lawyers Association may claim an interest in the Premises by virtue of an attachment dated October 8, 2010 in the amount $132,000.00 recorded on October 8, 2010 in Book 10556, Page 304, and a writ of execution dated April 7, 2011 in the amount $170,332.81 recorded on May 27, 2011 in Book 10740, Page 193.

28. Defendants, Michael J. Higgins, Betty Sue Higgins, Estate of James H. Higgins and Mary Agnes Higgins, are presently in default on the Note and due for the monthly payment due November 1, 2020, and all payments due thereafter, thereby breaching a condition of the Mortgage.

29. By letters dated November 2, 2022, notice was provided that the Note was in default and of the right to cure the default. Copies of the notices are attached hereto as Exhibit D.

30. The notices were given on November 3, 2022, by first class mail, postage prepaid with a United States Postal Service Certificate of Mailing and by certified mail, return receipt requested, and therefore have expired.

31. Subsequent payments received after the default letter advanced the due date to November 1, 2020, however the default has not been cured in full, and in accordance with the Note and Mortgage, the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage have been declared to be presently due and payable.

32.     The following amounts are due and payable to the Plaintiff, exclusive of costs of collection, including attorney's fees, under the terms of the Note and the Mortgage:

| | |
|---|---:|
| Principal Balance | $128,210.10 |
| Accrued Interest | 12,006.29 |
| Late Charges | 451.29 |
| Property Inspection Fees | 220.00 |
| Property Preservation Fees | 30.00 |
| Escrow Advance | 9,813.91 |
| Suspense Balance (credit) | (375.67) |
| Deferred Amount | 763.71 |
| Foreclosure Attorney Fees | 250.00 |
| Foreclosure Attorney Costs | 7.42 |
| Total | $151,377.05 |

Additional interest is accruing on said principal balance from said date at a rate of $13.80 per day.

33.     Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

34.     Pursuant to the terms of the Mortgage, Plaintiff is entitled to reasonable attorney's fees and all costs allowed by law in any lawsuit for foreclosure and sale.

35.     Pursuant to 14 M.R.S. §6101, the Plaintiff may charge reasonable attorney's fees if the Plaintiff prevails in its action for foreclosure and sale.

## COUNT I - FORECLOSURE

36.     Plaintiff repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

37.     This is an action for foreclosure and title to real estate located at 41 Clinton Street, Gardiner, Kennebec County, Maine 04345. See Exhibit B.

38.     Plaintiff is entitled to enforce the Note, as Gardiner Savings Institution, FSB tendered the original note to Bank of America, N.A., as specified in the Lost Note Affidavit attached hereto and incorporated herein by reference.  See Exhibit A.

39. Plaintiff, directly or through its agent, is in possession of the original Note, Mortgage and any assignments.

40. Plaintiff, Bank of America, N.A., is the current owner of the Mortgage and Note.

41. Plaintiff is the party entitled to collect the debt evidenced by said Note and is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

42. Defendants, Michael J. Higgins, Betty Sue Higgins, and Mary Agnes Higgins, are presently in default on the Note and due for the monthly payment due November 1, 2020, and all payments due thereafter, thereby breaching a condition of the Mortgage and the Note.

43. The default has not been cured and all sums due under the Note and Mortgage are presently due and payable.

44. The total amount due on the Note and Mortgage as of February 28, 2023 is $151,363.25.

45. Notice was sent in compliance with 14 M.R.S. § 6111 on November 3, 2023, as evidenced by a copy of the notice, proof of certified mail and the certificate of mailing attached hereto as Exhibit D.

46. Plaintiff certifies that all steps mandated by law to provide notice of the default and of the right to cure have been taken and strictly performed.

47. By virtue of a breach of condition of the Note and Mortgage, Plaintiff hereby demands the foreclosure of the Mortgage and the sale of the Premises.

48. Defendants, Michael J. Higgins, Betty Sue Higgins and Mary Agnes Higgins, are not in the military as defined under the Servicemembers Civil Relief Act.

## PRAYERS FOR RELIEF

**WHEREFORE**, Plaintiff prays that this Honorable Court:

A.     Determine that there has been a breach of condition of the Mortgage;

B.     Determine the amount due on the Note and Mortgage, including principal, interest, reasonable attorney's fees, court costs, and other expenses;

C.     Find Mary Agnes Higgins liable for any deficiency balance remaining due to Plaintiff after the sale of the Premises and application of the proceeds of sale;

D.     Issue a Judgment of Foreclosure and Sale in conformity with 14 M.R.S. § 6322;

E.     Order exclusive possession of the Premises to the Plaintiff upon the expiration of the statutory ninety (90) day period of redemption set forth in 14 M.R.S. § 6322, and direct the Clerk to issue a writ of possession at the request of the Plaintiff; and

F.     Grant such other and further relief as the Court may determine proper.


Dated  3/29/2023

                                        Respectfully submitted,


                                        /s/ Robert Jackson
                                        Robert Jackson, Esq., # 4496
                                        Carrie Folsom, Esq. #9510
                                        Matthew Bowen, Esq., #6364
                                        Attorney for Plaintiff
                                        KORDE & ASSOCIATES, P.C.
                                        707 Sable Oaks Dr., Suite 250
                                        South Portland, ME 04106
                                        (207) 775-6223
                                        rjackson@kordeassociates.com
                                        MEFEDNotices@kordeassociates.com