UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BANK OF AMERICA NA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:23-cv-00149-LEW |
| | ) |
| MICHAEL J. HIGGINS, et al. | ) |
| | ) |
| Defendants, | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order Granting Plaintiff's Motion to Dismiss entered by Judge Lance E. Walker on July 27, 2023,

JUDGMENT of Dismissal without Prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Michele Mitchell
Deputy Clerk

Dated: July 27, 2023